# EXHIBIT B

US006738640B1

(12) **United States Patent**
Baker et al.

(10) Patent No.: **US 6,738,640 B1**
(45) Date of Patent: **May 18, 2004**

(54) RADIO COMMUNICATION SYSTEM

(75) Inventors: Matthew P. J. Baker, Canterbury (GB); Timothy J. Moulsley, Caterham (GB); Bernard Hunt, Redhill (GB)

(73) Assignee: Koninklijke Philips Electronics N.V., Eindhoven (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/478,838

(22) Filed: Jan. 6, 2000

(30) Foreign Application Priority Data

| Jan. 16, 1999 | (GB) | 9900910 |
| May 20, 1999 | (GB) | 9911622 |
| Jul. 2, 1999 | (GB) | 9915569 |
| Sep. 24, 1999 | (GB) | 9922575 |

(51) Int. Cl.[7] ................................ H04Q 7/20
(52) U.S. Cl. ............... 455/522; 455/69; 455/375.1; 370/331
(58) Field of Search .................. 455/522, 69, 575.1; 370/331

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,056,109 A | 10/1991 | Gilhousen et al. | 375/1 |
| 5,896,411 A * | 4/1999 | Ali et al. | 375/130 |
| 6,347,231 B1 * | 2/2002 | Miya | 455/522 |
| 6,434,130 B1 * | 8/2002 | Soininen et al. | 370/331 |
| 6,463,073 B1 * | 10/2002 | Bontu et al. | 370/442 |
| 2002/0115461 A1 * | 8/2002 | Shiraki et al. | 455/522 |

FOREIGN PATENT DOCUMENTS

| WO | 9726716 A2 | 7/1997 | H04B/7/005 |
| WO | 9726716 A3 | 7/1997 | H04B/7/005 |

OTHER PUBLICATIONS

Patent Abstract of Japan: Publication No.: 10224294 A, Date of Publication of Application: Aug. 21, 1998. Intl. Cl. H04B 7/26.

* cited by examiner

*Primary Examiner*—Nay Maung
*Assistant Examiner*—Alan T. Gantt
(74) *Attorney, Agent, or Firm*—Jack D. Slobod

(57) **ABSTRACT**

A radio communication system has means for improving power control of a communication channel for the transmission of data after an interruption in the transmission. This is done by applying power control in steps of variable size at the start of a transmission, using a large step size initially which is reduced as the power approaches a target value. In one embodiment the step size is reduced when the sign of a power control command reverses, while in another embodiment the step size is reduced after a predetermined time. These techniques reduce the time taken for power control to be established, thereby addressing the problem that data transmissions at the start of a data channel are likely to be corrupted if the power level is too low, or to generate extra interference if the power level is too high.

**20 Claims, 3 Drawing Sheets**



U.S. Patent     May 18, 2004     Sheet 1 of 3     US 6,738,640 B1



FIG. 1

FIG. 2

U.S. Patent     May 18, 2004     Sheet 2 of 3     US 6,738,640 B1



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**